# IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No: 3:13-00063-3** |
| | ) | **Chief Judge Haynes** |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADRIAN FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

*ORDER*

*This motion is GRANTED in the interests of justice to ensure defense counsel has adequate time to prepare for trial and to file any necessary motions.*

## MOTION TO CONTINUE TRIAL AND RESET PRETRIAL DEADLINES

**COMES NOW** Defendant **Adrian Franklin**, by and through undersigned counsel, and hereby moves this Honorable Court for the entry of an Order continuing Trial currently scheduled for August 13, 2013 at 9:00 a.m., for ninety (90) days and resetting the pertinent pretrial deadlines. In support hereof, Defendant Franklin states as follows:

1. This matter is currently set for trial on August 13, 2013, and the Court has set a schedule for pretrial deadlines. (Docket Entry 37).

2. Undersigned counsel has not yet received Discovery from the Government. Discovery was recently sent to local counsel, Mr. Benjamin Perry, and Mr. Perry is in the process of sending copies of the Discovery to undersigned counsel.

*William Haynes 7-3-13*

Page 1 of 3