UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:13-00063 |
| ) | Chief Judge Haynes |
| FRANCISCO DE LA ROSA | |

MOTION TO CONTINUE
JULY 29, 2013 STATUS CONFERENCE

*[Handwritten annotation: OKDSH, The motion is GRANTED. S. H. [signature] 7/18/13]*

Francisco De La Rosa, by and through undersigned counsel, hereby moves this Honorable Court to continue the status conference currently scheduled for July 29, 2013. In support of this motion, undersigned counsel would show the Court the following:

1. The Court's initial scheduling order in this case establishes a trial date of August 13, 2013, a status conference or guilty plea hearing on July 29, 2013, and other trial-related deadlines. (Document 37). The Court entered an order granting co-defendant Adrian Franklin's motion to continue the trial (Document 47) but has not yet reset the trial. The deadline for filing pretrial motions has been extended to August 2, 2013 (Document 48). However, the status conference has not yet been continued, and the date remains scheduled for any defendant to submit a change of plea.

2. Undersigned counsel needs additional time to conduct her investigation into the allegations in the indictment and defenses thereto. Until such time as that investigation is complete, she cannot advise Mr. De La Rosa regarding his various options for resolving this case. Accordingly, the status of the case is not expected to be determined on the date currently scheduled for a status conference.

3. In accordance with the Court's scheduling order (Document 37 at 2), Mr. De La Rosa hereby gives notice that he does not intend to submit a change of plea on July 29, 2013, the initial