UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00063-1 |
| | ) CHIEF JUDGE HAYNES |
| KENNETH CARTER | ) |

## MOTION BY KENNETH CARTER TO SCHEDULE PLEA HEARING

Kenneth Carter, through counsel, respectfully moves the Court to schedule a plea hearing in the captioned matter. Mr. Carter would show that he intends to enter a plea without a plea agreement with the Government. Mr. Carter would request that the Court hold the plea hearing on February 21, 2014. Mr. Carter would note that co-defendants Francisco De La Rosa and Tracey Young have scheduled plea hearings on February 21, 2014. Accordingly, it would be a judicious use of resources to likewise, schedule Mr. Carter's plea hearing for the same date.

[Handwritten annotation: ORDER. This motion is GRANTED. The hearing is set for February 21, 2014 at 9:30 a.m. /s/ [signature] 2-7-14]

Respectfully submitted,

_s/ Ronald C. Small_
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Kenneth Carter

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I electronically filed the foregoing *Motion by Kenneth Carter to Schedule Plea Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Kathryn Ward Booth, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

_s/ Ronald C. Small_
RONALD C. SMALL