UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00063-1 |
| ) | CHIEF JUDGE HAYNES |
| KENNETH CARTER ) | |

### MOTION FOR AN ORDER TO PROVIDE TRANSPORTATION FOR DEFENDANT KENNETH CARTER AT GOVERNMENT EXPENSE

Kenneth Carter respectfully moves the Court, pursuant to 18 U.S.C § 4285, for an order directing the United States Marshal to provide for his transportation for his February 21, 2014 court appearance in the Middle District of Tennessee or to furnish him the fare for such transportation, together with subsistence expenses, to the destination.

Mr. Carter resides in Corona, California. Mr. Carter was arrested in the Central District of California and was released on conditions of release on May 16, 2013. Mr. Carter made his initial appearance in the Middle District of Tennessee on June 10, 2013. (D.E. 19, 22). Mr. Carter is to appear in court in the Middle District of Tennessee on the February 21, 2014, for the purpose of a guilty plea hearing. Mr. Carter has previously been determined by the Court to be unable to afford counsel, and undersigned counsel was appointed to represent him. *Id.* From the financial statement submitted by the defendant in this case, it is evident that he is unable to pay for his transportation to the Middle District of Tennessee. The interest of justice therefore would be served by furnishing his transportation at the expense of the government as provided in 18 U.S.C § 4285.

*[Handwritten notation: "This motion is GRANTED." with signature and date 2-7-14]*