UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00063-1 |
| | ) | CHIEF JUDGE HAYNES |
| KENNETH CARTER | ) | |

### MOTION BY KENNETH CARTER TO RESCHEDULE PLEA HEARING

Kenneth Carter, through counsel, respectfully moves the Court to reschedule his plea hearing from Friday, February 21, 2014, at 9:30 a.m. (D.E. 95) to Friday, March 7, 2014. Mr. Carter would show that this Court granted his motion for payment by the U.S. Marshals Service for his travel from California to Nashville, in order to appear at his plea hearing on February 21, 2014. (D.E. 96). Mr. Carter has, however, informed the undersigned that he cannot afford to pay for his return travel to California on February 21, 2014. Mr. Carter advises that he will receive a paycheck from his employment on March 3, 2014, and would, therefore, be able to fund his return travel to California, should the Court reschedule his plea hearing to March 7, 2014. Mr. Carter notes that co-defendants Bruce Young and Wendell Young have plea hearings scheduled for March 7, 2014, at 3:30 p.m. and 4:00 p.m., respectively. (D.E. 98, 99). Accordingly, Mr. Carter would respectfully request that the Court, likewise, schedule his plea hearing for March 7, 2014, at a time convenient with the Court.

Respectfully submitted,

_s/ Ronald C. Small_
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Kenneth Carter