UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | No. 3:13-00063-1 |
| ) | CHIEF JUDGE HAYNES |
| ) | |
| KENNETH CARTER ) | |

*[Handwritten annotation: ORDER. Both motions are granted. Response due 5-12-14]*

MOTION AND INCORPORATED MEMORANDUM FOR TELEPHONIC
REVIEW OF PRESENTENCE INVESTIGATION REPORT
AND TO EXTEND TIME TO RESPOND

The defendant, Kenneth Carter, through counsel, respectfully requests that the Court authorize his undersigned counsel to telephonically review the Presentence Investigation Report (PSIR) with him, so that a response can be made to the U.S. Probation Office. Additionally, Mr. Carter respectfully requests an extension of time in which to respond to the PSIR until May 14, 2014. His response is currently due to the probation officer on Monday, May 12, 2014. The sentencing hearing is currently scheduled for May 30, 2014. (D.E. 116).

Mr. Carter would show that Administrative Order No. 117-3 requires that the defendant's attorney be responsible for delivering a copy of the PSIR to the defendant and for arranging and conducting an in person review of the PSIR with the defendant. Mr. Carter resides in California. Consequently, it would be logistically difficult to review the report personally with Mr. Carter in order to respond adequately to the probation officer. Additionally, the presentence report was received in undersigned counsel's office on April